IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD VAN WYHE, | CASE NO. CV F 11-1712 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** <br> (Doc. 8.) |
| vs. | |
| REGIONAL ADJUSTMENT BUREAU, INC., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **December 9, 2011**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE